# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MOLLY CASHIOLA, et al., | ) | CASE NO. 5:19-cv-923 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| MIRAGE 1245 LTD, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, the claims in plaintiffs' complaint are dismissed with prejudice and this case is closed.

**IT IS SO ORDERED**.

Dated: October 28, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**